UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 13-22435 RAM |
| MIRANDA, ZAIDA M, | Chapter 7 |
| Debtors./ | |

## TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTY BY PRIVATE SALE

> Pursuant to Bankruptcy Rule 6004 and Local Rule 6004-1(D), this proposed use, sale or lease will be deemed approved without necessity of a hearing or order if no objection to the use, sale or lease is filed and served within 21 days from the date of service of this notice.

Ross R. Hartog, Chapter 7 Trustee (the "Trustee"), pursuant to 11 U.S.C. § 363(b), Rules 2002, 6003 and 6004, Fed. R. Civ. P., and Local Rule 6004-1, moves (the "Motion") to sell by private sale the estate's interest in real property. In support of the Motion, the Trustee states:

### Jurisdiction and Venue

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (N).

3. Venue is proper in this jurisdiction pursuant to 28 U.S.C. §§ 1408 and 1409.

### Procedural and Factual Background

*The Bankruptcy Case*

4. On May 29, 2013, Zaida Miranda , (the "Debtor") filed a voluntary petition under chapter 7 of the U.S. Bankruptcy Code [ECF 1].

5. Ross Hartog was appointed Chapter 7 Trustee.

*The Real Property*

6. Schedule A indicates that the Debtors own an interest in real property described as 848 NE 81st Street, Miami, Florida 33138 (the "Real Property").

7. The Debtor scheduled the value of the Real Property at $221,123.

8. The Debtor scheduled a mortgage and possibly other liens in the approximate amount of $789,296 (the "Liens") encumbering the Real Property.

9. Based on the foregoing, there is no equity in the Real Property.

10. The Debtor did not claim the Real Property as exempt on Schedule C.

11. The Debtor is surrendering the Real Property on the Statement of Intention.

12. Additionally, the Debtor testified at the Section 341 meeting of creditors that she indeed was surrendering any and all interest in the Real Property and has resided in the Real Property for over four (4) years.

### The Proposed Sale

*The Offer*

13. The Trustee received the following offer to purchase all of the estate's right, title, and interest in and to the Real Property pursuant to 11 U.S.C. § 363 (the "Sale"):

| | | |
|---|---|---|
| A. | Buyer: | MC Capital INvestments. (the "Buyer") |
| B. | Purchase Price: | $4,000 (the "Purchase Price") |
| C. | Terms: | As-is, where-is, with no representation or warranties of any type given by the Trustee, and subject to the Liens. |

14. Section 363(b) of the Bankruptcy Code provides in relevant part that a trustee "may use, sell or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b).

15. Sales of assets may be approved when the Trustee demonstrates that the sale constitutes an exercise of sound "business judgement." *See Generally* 3 COLLIER ON BANKRUPTCY ¶ 363.02[1][f] (15th ed. 2003). *See also In re Condere Corp.* 228 B.R. 615 (Bankr.S.D.Miss.1998) (business judgment); *WBQ P'ship v. Virginia*, 189 B.R. 97 (Bankr.E.D.Va.1995) (best interest of estate); *In re Delaware & Hudson Railway Co.*, 124 B.R. 169 (D.Del.1991) (fair and reasonable price); *In re Phoenix Steel*, 82 B.R. 334 (Bankr.D.Del.1987) (fair and equitable transaction).

16. The Trustee believes that the Sale is in the best interest of the estate and an exercise of his business judgment because the Sale will generate funds sufficient to make a meaningful distribution creditors.

17. The Trustee submits that the Trustee, and the Buyer have at all times, acted in good faith, and therefore requests that this Court make a finding that the Buyer or the successful bidder (see below) of the Sale is a good faith purchaser pursuant to 11 U.S.C. § 363(m).

*Competitive Bidding*

18. Any party other than the Buyer wishing to submit an offer to purchase the estate's interest in the Real Property must tender to the Trustee a competing bid that is at least $1,000 higher than the Purchase Price.[1]

19. The competing bid (a) must be received by the Trustee prior to the expiration of the 21 day notice period provide in this Motion, (b) must be in cleared fund, and (c) is non-refundable.

20. If the new bidder is the highest bidder, the Buyer shall be entitled to a $500 break-up fee.

---

[1] In the event that the Bidder is not the successful bidder or the back-up bidder, the deposit shall be refunded. But if the Bidder or the back-up bidder fail to close, the deposit shall be forfeited and paid to the Estate.

*Closing*

21.     The Trustee seeks authority to close on the sale of the Real Property immediately upon Court approval, with the successful bidder required to pay the purchase price, in cleared funds, within three (3) business days of entry of a final, non-appealable order approving the sale of the Real Property to the successful bidder at the Sale. If the Buyer fails to timely close, the Trustee seeks authority to close the sale transaction with the next highest bidder, if any (the "Back-up Bidder"). The Back-up Bidder shall similarly be required to close within three (3) business days after notification that the successful bidder has failed to close.

22.     At closing, the Trustee shall convey title to the Real Property by executing a Trustee's Deed or Quit Claim Deed. The Trustee will not be required to deliver any other documents to consummate the sale.

23.     The Buyer will be responsible for the payment of any and all fees, costs and taxes arising from or related to the transfer of the Real Property to the Buyer, i.e., neither the Trustee nor the estate shall bear any costs associated with the Sale.

**Conclusion**

**WHEREFORE** the Trustee respectfully requests that this Court enter an order (a) granting the Motion, (b) authorizing the Trustee to sell the estate's interest in the Real Property to the Buyer, and (c) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed via U.S. regular mail (*or via e-mail through the Court's BNC) on August 14, 2013, to all interested parties on the attached service list.

DATED: August 14, 2013        /s/ Ross R. Hartog
                              Ross R. Hartog, Chapter 7 Trustee
                              9130 South Dadeland Boulevard, Suite 1800
                              Miami, Florida 33156
                              T: (305) 670-5000
                              E: trustee@mrthlaw.com

Printed: 08/14/13 11:06 AM

# Creditor Mailing Matrix

Case No.: 13-22435

Page: 1

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Afni, Inc. | Po Box 3097 | Bloomington | IL | 61702-3097 |
| Asset Acceptance | POB 1630 | Warren | MI | 48090-1630 |
| BANK OF AMERICA | PO BOX 982238 | EL PASO | TX | 79998-2238 |
| CAPITAL ONE | PO BOX 30285 | SALT LAKE CITY | UT | 84130-0285 |
| Chase | 201 N. Walnut Street | Wilmington | DE | 19801-2920 |
| Chase | Po Box 15298 | Wilmington | DE | 19850-5298 |
| Chase | Po Box 24696 | Columbus | OH | 43224-0696 |
| Chase | Po Box 901076 | Ft Worth | TX | 76101-2076 |
| Comenity Bank/Nwyrk&Co | 220 W Schrock Rd | Westerville | OH | 43081-2873 |
| Comenity Bank/Vctrssec | Po Box 182789 | Columbus | OH | 43218-2789 |
| Gecrb/Care Credit | Po Box 981439 | El Paso | TX | 79998-1439 |
| Gecrb/Funancing | C/O P O Box 965036 | Orlando | FL | 32896-0001 |
| Gecrb/Ge Capital Luxur | Po Box 981439 | El Paso | TX | 79998-1439 |
| Hsbc Bank | Po Box 5253 | Carol Stream | IL | 60197-5253 |
| Hsbc/Kawas | 90 Christiana Rd | New Castle | DE | 19720-3118 |
| Internal Revenue Service | P.O. BOX 7346 | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | P.O. BOX 9012 | Holtsville | NY | 11742-9012 |
| Mcydsnb | 9111 Duke Blvd | Mason | OH | 45040-8999 |
| Midland Funding | 8875 Aero Dr Ste 200 | San Diego | CA | 92123-2255 |
| Nco Fin/09 | 507 Prudential Rd | Horsham | PA | 19044-2308 |
| Sears/Cbna | Po Box 6282 | Sioux Falls | SD | 57117-6282 |
| Visdsnb | 9111 Duke Blvd | Mason | OH | 45040-8999 |
| Wffnatbank | Po Box 94498 | Las Vegas | NV | 89193-4498 |
| Zaida M Miranda | 144 W 32nd Street | Hialeah | FL | 33012-5423 |

Total: 24