UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 13-22435-RAM
CHAPTER 7 CASE

IN RE:

ZAIDA M MIRANDA
AKA ZAIDA MIRANDA
AKA ZAIDA MARTHA MIRANDA
AKA CAIDAA M MIRAND
AKA ZOIDA MARTHA MIRANDA

Debtor(s).
_____/

### NOTICE OF APPEARANCE REQUESTED TO BE PLACED ON LOCAL RULES 1007-2 PARTIES IN THE INTEREST LIST
*Subject Property: 848 NE 81ST STREET, MIAMI, FL 33138*

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as attorney for **SELECT PORTFOLIO SERVICING, AS LOAN SERVICER FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-AC2,** secured creditor of the above styled Debtor(s).

Pursuant to the provisions of Local Rule 2002-1 (e), request is hereby made that the undersigned counsel be placed on the LOCAL RULE 1007-2 PARTIES IN INTEREST LIST and that copies of all notices, orders and other pleadings filed herein be served upon the undersigned.

13-08793

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid **and/or electronic mail** this ____ day of _Oct._____, 2013.

Choice Legal Group, P.A.
1800 N.W. 49TH Street, Suite 120
Fort Lauderdale, FL 33309
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517
antonio.alonso@clegalgroup.com

By: _____
Antonio Alonso, Esq.
Bar Number: 50335

**MAILING LIST:**

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

ROSS R. HARTOG, TRUSTEE
9130 S DADELAND BLVD # 1800
MIAMI, FL 33156

ZAIDA M MIRANDA
144 W 32ND STREET
MIAMI FL 33138

13-08793