**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                          Case No.: 13-22435-RAM

ZAIDA M. MIRANDA,                                                Chapter 7

_____ Debtor.      /

### TRUSTEE'S OBJECTION TO CLAIMS

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Trustee object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 4 | Asset Acceptance LLC assignee WELLS FARGO / EL DORADO PO Box 2036 Warren, MI 48090 | $2,950.58 (Unsecured) | **Objection:** The Debtor's records reflect the amount owed to this Claimant, as of the date of filing, is $1,528.00.  The documents attached to this claim are insufficient to determine the merits of this claim. Claimant should substantiate the claim with more specificity, or, in the alternative, the claim should be reduced to a general unsecured claim in the amount of $1,528.00 **Recommended Disposition:** Claim Number 4 should be reduced to a general unsecured claim in the amount of $1,528.00. |

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 5 | Real Time Resolutions, Inc agent for JPMorgan Chase Bank, NA, as servicer for LendAmerica Home Loans<br>1349 Empire Central Dr., Suite 150<br>Dallas, TX 75247<br><br>-and-<br><br>Real Time Resolutions, Inc.<br>PO Box 35888<br>Dallas, TX 75235 | $236,296.95<br>(Unsecured) | **Objection:** This claim is for the second mortgage placed on the Debtor's real property located at 848 NE 81st Street, Miami, Florida 33138 (the "Real Property"). The Trustee did not administer the Real Property and the Debtor has surrendered same back to the Claimant.<br>**Recommended Disposition:** Claim Number 5 should be stricken in full. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed via U.S. Regular Mail or via e-mail through the Court's BNC on November 19, 2013, to the above-referenced claimant(s).

Dated:      November 19, 2013          **/s/ Ross R. Hartog**
                                        ROSS R. HARTOG, CHAPTER 7 TRUSTEE
                                        9130 South Dadeland Boulevard, Suite 1800
                                        Miami, Florida  33156-7849
                                        Telephone: (305) 670-5000