**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**In re:**                                                                                    **Case No.: 13-22435-RAM**

**ZAIDA M. MIRANDA,**                                                          **Chapter 7**

_____ **Debtor.** _____/

**TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 1-2**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Trustee object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 1-2 | Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346 | $1,585.00 (Priority) | **Objection:** This claim is for the 2011 tax return of the Debtor. The Trustee has reviewed the Debtor's records and has identified that the 2011 tax return has been filed and no payment is due to Claimant. To the extent a penalty/payment is due to the Claimant, the amount of the refund for 2011 is greater than the claim. **Recommended Disposition:** Claim Number 1-2 should be stricken in full. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed via U.S. Regular Mail and via Certified Mail/Return Receipt Request or via e-mail through the Court's BNC on December 20, 2013, to the above-referenced claimant(s).

Dated:   December 20, 2013    /s/ **Ross R. Hartog**
ROSS R. HARTOG, CHAPTER 7 TRUSTEE
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida 33156-7849
Telephone: (305) 670-5000